T. AUGUSTUS CLAUS, ESQ.
LEGAL RESOURCE GROUP, LLC.
Nevada Bar No. 10004
205 N. Stephanie St., Suite D221
Henderson, NV 89074
(702)463-4900 Phone
(702)463-4800 Fax
Attorney for Plaintiff
BARBARA SIMONE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA SIMONE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., d/b/a "Walmart", a foreign corporation; DOES I through 10 inclusive; and XYZ CORPORATIONS 11 through 20 inclusive and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive<br><br>Defendants. | CASE NO.: 2:18-cv-01365-JAD-VCF<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

**COMES NOW,** counsel T. AUGUSTUS CLAUS, ESQ., for Plaintiff, BARBARA SIMONE, in the above-entitled matter and moves this Honorable Court for an Order directing that T. AUGUSTUS CLAUS, ESQ., be relieved as counsel of record in the above entitled case. This Motion is made and based upon argument of counsel hereinafter set forth.

DATED this 14th day of August, 2018.

Respectfully submitted by:

_____
T. AUGUSTUS CLAUS, ESQ.
Nevada Bar No. 10004
205 N. Stephanie St., Suite D221
Henderson, NV 89074

# POINT AND AUTHORITIES
# AFFIDAVIT OF COUNSEL

STATE OF NEVADA )
)ss:
COUNTY OF CLARK )

T. Augustus Claus, having been first duly sworn, and upon information and belief, deposes and says:

1. Affiant is an attorney duly licensed to practice law in the State of Nevada..
2. The Plaintiff's has retained Robert Vannah to represent her in the Federal Litigation, removed to Federal Court by the action of Defendant(s).
3. Affiant last known address of the Plaintiff herein is 6086 Dodd St., Las Vegas, NV 89122.

AFFIANT FURTHER SAYETH NAUGHT

By: _____
T. AUGUSTUS CLAUS, ESQ.

SUBSCRIBED AND SWORN to before me this 14th day of August, 2018.

_____
NOTARY PUBLIC in and for said County and State.

TOBI CAPERON
Notary Public State of Nevada
No. 08-7918-1
My appt. exp. Oct. 19, 2020

# CERTIFICATE OF SERVICE

I, T. Augustus Claus, do hereby certify that on the 14th day of August, 2018, I served a copy of the foregoing: **MOTION TO WITHDRAW AS COUNSEL** via the CM/ECF system upon the following:

**PHILLIPS, SP ALLAS & ANGSTADT LLC**
ROBERT K. PHILLIPS
Nevada Bar No. 11441
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net

**PHILLIPS, SP ALLAS & ANGSTADT LLC**
RYANM.KERBOW
Nevada Bar No. 11403
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rkerbow@psalaw.net

_____
Employee of T. Augustus Claus, Esq.

T. AUGUSTUS CLAUS, ESQ.
LEGAL RESOURCE GROUP, LLC.
Nevada Bar No. 10004
205 N. Stephanie St., Suite D221
Henderson, NV 89074
(702)463-4900 Phone
(702)463-4800 Fax
Attorney for Plaintiff
BARBARA SIMONE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA SIMONE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**WALMART , INC.**, d/b/a "Walmart", a foreign corporation; DOES I through 10 inclusive; and XYZ CORPORATIONS 11 through 20 inclusive and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive<br><br>Defendants. | CASE NO.: 2:18-cv-01365-JAD-VCF<br><br>**ORDER TO WITHDRAW AS COUNSEL** |

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Motion to Withdraw as Counsel, filed by T. Augustus Claus from the Legal Resource Group LLC., is hereby GRANTED.

DATED this 23rd day of August, 2018.

_____
U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate

Respectfully submitted by

_____
T. AUGUSTUS CLAUS, ESQ.
Nevada Bar No. 10004
205 N. Stephanie St., Suite D221
Henderson, NV 89074

-1-