Robert K. Phillips, Esq.
Nevada Bar No. 11441
Betsy Jefferis, Esq.
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant
Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA SIMONE, an individual, | Case No.: 2:18-cv-01365-JAD-VCF |
| Plaintiff, | |
| v. | |
| WALMART INC. d/b/a "Walmart", a foreign corporation; DOES 1 through 10 inclusive; and XYZ CORPORATIONS 11 through 20 inclusive and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive, | **STIPULATION AND ORDER FOR DEFENDANT WALMART TO TAKE LEAVE TO FILE A THIRD PARTY COMPLAINT** |
| Defendants. | |

Plaintiff Barbara Simone (hereinafter "Plaintiff") and Defendant WALMART, INC. (hereinafter "Walmart" or "Defendant"), by and through their respective counsel of record, do hereby stipulate for Defendant to file a Third Party Complaint against Gatekeeper Systems, Inc. The filing of this Third Party Complaint is proper as through discovery it has been revealed that Gatekeeper Systems, Inc. has contacted with Walmart, Inc. with regard to shopping cart supply, maintenance and repair on the premises and as such Gatekeeper Systems must be added as a party to the matter as it is statutorily and equitably obligated to assume indemnification and contribution of Defendant Walmart pursuant to a master services agreement.

//

The parties aver that this stipulation is made by the parties in good faith pursuant to FRCP 14 and not for the purpose of delay. A copy of the proposed Third Party Complaint is attached as Exhibit "A" for the Court's review.

DATED this 12th day of June, 2019.

*/s/ John Greene*  
JOHN GREENE  
Nevada Bar No. 4279  
VANNAH & VANNAH  
400 South Seventh Street, 4th Floor  
Las Vegas, NV 89101

*Attorneys for Plaintiff*  
*Barbara Simone*

*/s/ Betsy Jefferis*  
BETSY JEFFERIS  
Nevada Bar. No. 12980  
PHILLIPS, SPALLAS & ANGSTADT, LLC  
504 South Ninth Street  
Las Vegas, Nevada 89101

*Attorneys for Defendant*  
*Walmart Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 6-14-2019

Defendant must file the Third Party Complaint on or before June 21, 2019.

# EXHIBIT A

Draft of Third-Party Complaint

# EXHIBIT A

Draft of Third-Party Complaint

1 ROBERT K. PHILLIPS
Nevada Bar No. 11441
2 BETSY C. JEFFERIS
Nevada Bar No. 12980
3 **PHILLIPS, SPALLAS & ANGSTADT LLC**
4 504 South Ninth Street
Las Vegas, Nevada 89101
5 (702) 938-1510
rphillips@psalaw.net
6 bjefferis@psalaw.net
7
*Attorneys for Defendant*
8 *Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA SIMONE, an individual,<br><br>Plaintiff,<br>v.<br>WALMART INC., d/b/a "Walmart", a foreign corporation; DOES 1 through 10 inclusive; and XYZ CORPORATIONS 11 through 20 inclusive and ABC LIMITED COMPONAIES 21 through 30, inclusive,<br><br>Defendants. | Case No: 2:18-cv-01365-JAD-VCF<br><br>**DEFENDANT WALMART INC.'S THIRD PARTY COMPLAINT AGAINST GATEKEEPER SYSTEMS INC.** |

COMES NOW, Defendant/Third Party Plaintiff WALMART, INC., by and through its attorneys of record, the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby submits its Third Party Complaint against GATEKEEPER SYSTEMS, INC., as follows:

**GENERAL ALLEGATIONS**

1. That at all times relevant herein, Defendant/Third Party Plaintiff Walmart, Inc. was a Delaware corporation licensed to conduct business in the State of Nevada.

2. That at all times relevant herein, Defendant/Third Party Plaintiff Walmart, Inc. controlled, maintained and operated the premises commonly known as Walmart Store # 3350 located

at 5198 Boulder Highway, Las Vegas, NV 89122.

3. That at all time relevant herein, Third Party Defendant Gatekeeper Systems, Inc. is a California corporation licensed to conduct business in the State of Nevada.

4. Upon information and belief, that at all times relevant hereto, Third Party Defendant Gatekeeper Systems, Inc. maintained and serviced the shopping carts(s) located on the property of Walmart Store # 3350 located at 5198 Boulder Highway, Las Vegas, NV 89122.

5. That at all times relevant hereto, Third Party Defendant Gatekeeper Systems, Inc. supplied Walmart Store # 3350 located at 5198 Boulder Highway, Las Vegas, NV 89122, with shopping carts to be used by Walmart's customers.

**FIRST CLAIM FOR RELIEF**
**(NEGLIGENCE)**

6. Defendant/Third Party Plaintiff Walmart, Inc. incorporates by reference Paragraphs 1 through 5 above as if fully set forth herein.

7. That Third Party Defendant Gatekeeper Systems, Inc. owed a duty to Walmart, Inc. to maintain its equipment in a safe condition, including a duty to properly monitor the safety of its product available for use at Defendant/Third Party Plaintiff's premises.

8. That at all times relevant, Third Party Defendant Gatekeeper Systems, Inc. owed a duty to provide Defendant/Third Party Plaintiff Walmart, Inc. with adequate maintenance, repair, and monitoring of the product(s) supplied to Walmart Store # 3350 located at 5198 Boulder Highway, Las Vegas, NV 89122.

9. That Third Party Defendant Gatekeeper Systems, Inc. negligently failed to properly service and maintain the product(s) it supplied to Walmart Store # 3350 resulting in a dangerous and hazardous condition in, and around, the equipment also supplied and maintained by Third Party Defendant Gatekeeper Systems, Inc.

10. That, as the direct result of the negligence of Third Party Defendant Gatekeeper

Systems, Inc., resulting in Plaintiff's allegations of injury, Defendant/Third Party Plaintiff Walmart, Inc. has been forced to retain the services of an attorney and incur the costs associated with defense of this suit.

## SECOND CLAIM FOR RELIEF
### (CONTRACTUAL INDEMNITY)

11. Defendant/Third Party Plaintiff Walmart, Inc. incorporates by reference Paragraphs 1 through 10 above as if fully set forth herein.

12. That Defendant/Third Party Plaintiff Walmart, Inc. did not owe a duty to Plaintiff to maintain or service the shopping carts(s) located at Walmart Store # 3350 located at 5198 Boulder Highway, Las Vegas, NV 89122 on the date of the subject incident.

13. That Defendant/Third Party Plaintiff Walmart, Inc. did not owe a duty to Plaintiff to insure the safety of the product supplied by Third Party Defendant Gatekeeper Systems, Inc.

14. That Defendant/Third Party Plaintiff Walmart, Inc. contracted with Third Party Defendant Gatekeeper Systems, Inc. for the supply of shopping carts and maintenance of the shopping carts(s) located on the premises of Walmart Store # 3350 located at 5198 Boulder Highway, Las Vegas, NV 89122.

15. That pursuant to the master services agreement between Defendant/Third Party Plaintiff Walmart, Inc. and Third Party Defendant Gatekeeper Systems, Inc., Gatekeeper Systems was required at its sole cost and expense to indemnify Walmart, Inc. as stated in the master services agreement:

> Contractor shall protect, defend, hold harmless and indemnify Walmart, its affiliates, officers, directors, employees and agents, from and against any and all lawsuits, claims, demands, actions, liabilities, losses, damages, costs and expenses (including attorneys' fees and court costs) that may be asserted by any person or any entity, regardless of the cause or alleged cause thereof, and regardless of whether such matters are groundless, fraudulent or false, arising out of any actual or alleged: (a) misappropriation or infringement of any intellectual property or other right relating to the Services or this Agreement; (b) death of, or injury to, any person, damage to any property, or any other damage or loss, by whomsoever suffered, resulting or alleged to result in whole or in

part from the Services or this Agreement; (c) violation by Contractor or any of its employees, representatives or agents of any law relating to the Services or this Agreement; (d) act, activity, or omission of Contractor or any of its employees, representatives, or agents, including, but not limited to, activities on Walmart's premises and Contractor's use of any vehicle, equipment, fixture, or material in connection with the Services or this Agreement; (e) joint employer situation (i.e., where a claim or determination is made against Walmart that any employee, agent, representative or contractor of Contractor is an employee of Contractor or that Walmart was his or her employer, including but not limited to a joint employer); and/or (f) breach of this Agreement or any Scope of Work. This indemnification obligation is not limited in any way by limitations on the amount or type of damages or compensation payable to or for Contractor or its agents under workers' compensation acts, disability benefits acts, other employee benefits acts, or other agreements.

16. That Third Party Defendant Gatekeeper Systems, Inc. had, and continues to have, a duty as the contracted vendor to fulfill its obligation under the vendor agreement to indemnify Defendant/Third Party Plaintiff Walmart, Inc.

17. That Defendant/Third Party Plaintiff Walmart, Inc. was not negligent and did not contribute to the injuries alleged by Plaintiff.

18. That should judgment be recovered against Defendant/Third Party Plaintiff Walmart, Inc. or should Walmart, Inc. enter into a settlement with Plaintiff, Third Party Defendant Gatekeeper Systems, Inc. should pay to Defendant/Third Party Plaintiff Walmart, Inc. its share of the judgment based upon its proportion of fault in contribution.

19. That Defendant/Third Party Plaintiff Walmart, Inc. is entitled to recover from Third Party Defendant Gatekeeper Systems, Inc. fees and costs incurred in the preparation and prosecution of this Third Party Complaint.

### THIRD CLAIM FOR RELIEF
### (EQUITABLE INDEMNITY)

20. Defendant/Third Party Plaintiff Walmart, Inc. incorporates by reference Paragraphs 1 through 19 above as if fully set forth herein.

21. That Defendant/Third Party Plaintiff Walmart, Inc. contracted with Third Party

Defendant Gatekeeper Systems, Inc. to supply product, and provide maintenance, for the shopping carts(s) on the premises of Walmart Store # 3350 located at 5198 Boulder Highway, Las Vegas, NV 89122.

22. That any negligence, other than the comparative negligence of Plaintiff, was that of Third Party Gatekeeper Systems, Inc., and not Defendant/Third Party Plaintiff Walmart, Inc.

**FOURTH CLAIM FOR RELIEF**
**(CONTRIBUTION)**

23. Defendant/Third Party Plaintiff Walmart, Inc incorporates by reference Paragraphs 1 through 22 above as if fully set forth herein.

24. That Defendant/Third Party Plaintiff Walmart, Inc. has fulfilled its duty to maintain its premises in a reasonably safe condition for its client and those upon its premises.

25. That Defendant/Third Party Plaintiff Walmart, Inc. contracted to obtain product(s) and and services from Third Party Defendant Gatekeeper Systems, Inc. in effort to reasonably facilitate the safety of customers and clients upon its premises.

26. That neither Walmart, Inc. nor Gatekeeper Systems, Inc. is responsible for Plaintiff's alleged injuries and damages, but if Plaintiff recovers for negligent provision of safe and hazard free premises, Third Party Defendant Gatekeeper Systems, Inc. must indemnify Defendant/Third Party Plaintiff Walmart, Inc.

27. That Defendant/Third Party Plaintiff Walmart, Inc. was not negligent and is not responsible for the alleged injuries and damages of Plaintiff, if any. However, if as a result of matters alleged in Plaintiff's Complaint, Walmart, Inc. is required to satisfy more than its share of all or part of the claims asserted against it by Plaintiff, which liability is specifically denied, then Third Party Defendant Gatekeeper Systems, Inc. is liable to Walmart, Inc. for its portion in contribution based upon the negligence, if any, of Gatekeeper Systems, Inc..

28. That the proximate cause of Plaintiff's alleged injuries and damages were the actions of

Third Party Defendant Gatekeeper Systems, Inc..

29. That Walmart, Inc. has found it necessary to retain the services of an attorney to prosecute this action and is entitled to attorney's fees and costs of suit incurred herein.

### **PRAYER FOR RELIEF**

1. That Third Party Defendant Gatekeeper Systems, Inc. indemnify Defendant/Third Party Plaintiff Walmart, Inc. pursuant to contract and/or in equity as to any judgment rendered against it on behalf of Plaintiff and the costs and attorney fees incurred in the defense of this matter;

2. That Defendant/Third Party Plaintiff Walmart, Inc. is entitled to indemnification and defense by and from Third Party Gatekeeper Systems, Inc.;

3. That Third Party Defendant Gatekeeper Systems, Inc. contribute to payment of any and all damages which may be found in this action filed by Plaintiff in accordance with its percentage of fault;

4. That Third Party Defendant Gatekeeper Systems, Inc. pay that percentage of underlying liability for the alleged damages sustained by Plaintiff corresponding to its extent of negligence, if any; and

5. That Defendant/Third Party Plaintiff Walmart, Inc.is entitled to fees and costs of defending and prosecuting the third party complaint in the lawsuit;

6. For such other further relief as deemed appropriate by the Court.

DATED this 12th day of June 2019.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Betsy C. Jefferis*
_____

BETSY JEFFERIS
Nevada Bar No. 12980
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Walmart Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC, and that, on this 12th day of June 2019, I served a copy of **DEFENDANT WALMART INC.'S THIRD PARTY COMPLAINT AGAINST GATEKEEPER SYSTEMS INC.** as follows:

☒ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Facsimile Transmission to the number referenced below; and/or

☐ By Electronic Service through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| John B. Greene, Esq.<br>Nevada Bar No. 004279<br>Robert D. Vannah, Esq.<br>Nevada Bar No. 002503<br>VANNAH & VANNAH<br>400 South Seventh Street, 4th Floor<br>Las Vegas, NV 89101 | Phone 702-369-4161<br>Fax    702-369-0104 | Plaintiff |

_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC